**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NELSON CHILIN<br><br>　　　　　　　　　　PLAINTIFF(S),<br><br>v.<br><br>JOSE HERNANDEZ, et al.<br><br>　　　　　　　　　　DEFENDANT(S). | CASE NUMBER:<br><br>8:25−cv−01518<br><br><br>**NOTICE OF INTRA-DISTRICT**<br>**TRANSFER BY CLERK OF COURT** |

To: All Counsel Appearing of Record

　　Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the __ Division for all further proceedings.

X　　Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  Eastern  Division.

　　This case has been reassigned to case number  5:25−cv−01765−SSS (DTBx)  and has been assigned to  Judge Sunshine Suzanne Sykes  for all further proceedings.

　　Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  Magistrate Judge David T. Bristow  for:

　　　X  any discovery and/or post-judgment matters that may be referred.

　　　   for all proceedings in accordance with General Order 05-07.

　　All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  5:25−cv−01765−SSS (DTBx) . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

　　**Please be advised that no further filings may be made under case number  8:25−cv−01518 . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Estrella Liberato
　　　　　　　　　　　　　　　　　　　　　　　　 Estrella_Liberato@cacd.uscourts.gov
　　　　　　　　　　　　　　　　　　　　　　　　 Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*